FILED
RICHARD W. NAGEL
CLERK OF COURT

10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In Re Seizure Warrant

CASE NO. 3:20-MJ-473

MAGISTRATE JUDGE NEWMAN

### SEALED ORDER TO SEAL

The Government having moved to seal the Application for Seizure Warrant, Supporting Affidavit, and Seizure Warrant in this case, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that those documents, as well as the Government's motion and this Order, be sealed and not be opened unless by further Order of this Court.

2:14 PM, Oct 13, 2020

_____
DATE

**Via electronic means.**

*Michael Newman*
_____
Michael J. Newman
United States Magistrate Judge